IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GILBERT EARL BOYD, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-08-124-C |
| | ) | |
| T.C. OUTLAW, WARDEN, and the ATTORNEY GENERAL OF THE STATE OF OKLAHOMA, | ) ) ) ) | |
| Respondents | ) | |

## ORDER AFFIRMING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on July 22, 2008.  The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed.  Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus denied.  A judgment shall enter accordingly.

IT IS SO ORDERED this 28th day of August, 2008.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge